No.   2,943.—PETER   BREEN,   Plaintiff,   *v.*   M.   KERR
BEADLE, County Clerk, Defendant.

Original application for writ of injunction to restrain defend-
ant from placing a certain device on the voting machines in Silver
Bow County.

Decided November 5, 1910.

PER CURIAM.—After hearing evidence of witnesses for both parties and argument of counsel, it is ordered that a permanent writ of injunction issue as prayed for.

*Mr. C. A. Spaulding,* and *Mr. H. K. Jones,* and *Mr. Peter Breen,* appearing *pro se,* for Plaintiff.

*Mr. Louis P. Donovan, Mr. Thomas J. Walker,* and *Mr. Frank C. Walker,* for Defendant.